1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KATHLEEN JO TROUT,                                    CASE NO. CV F 12-1714 LJO SKO

                Plaintiff,                    **ORDER TO REMAND AND CLOSE ACTION**

    vs.

ALLAN EDWIN KALLAL,

                Defendant.

                                  /

      Based on the parties' stipulation, this Court:

      1.      REMANDS this action to Tuolumne County Superior Court; and

      2.      DIRECTS the clerk to close this action.

                                        IT IS SO ORDERED.

**Dated:**   **February 22, 2013**      /s/  **Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28