IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN JO TROUT,<br><br>　　　　　Plaintiff,<br>　　vs.<br>ALLAN EDWIN KALLAL,<br><br>　　　　　Defendant.<br>_____ / | CASE NO. CV F 12-1714 LJO SKO<br><br>**ORDER TO REMAND AND CLOSE ACTION** |

　　Based on the parties' stipulation, this Court:

　　1.　REMANDS this action to Tuolumne County Superior Court; and

　　2.　DIRECTS the clerk to close this action.

　　　　　　　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

Dated:　**February 22, 2013**　　　　/s/  **Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1